UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Weston, | Case No. 22-cv-1464 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Paul Coughlin, | |
| Defendant. | |

Before the Court is the June 8, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois.  (Dkt. 4.)  No objections to the R&R have been filed.  In the absence of timely objections, this Court reviews an R&R for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 8, 2022 R&R, (Dkt. 4), is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff Anthony Weston's application to proceed *in forma pauperis*, (Dkt. 2), is **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge